IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY L. WRIGHT                                                                PLAINTIFF

v.                                   No. 3:13-cv-84-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                    DEFENDANT

## JUDGMENT

Wright's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

30 June 2014